IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH MANLEY, ON BEHALF
OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED                                              PLAINTIFFS

v.                              Case No. 5:19-CV-05078-PKH

UNITEDHEALTH GROUP INC.;
UNITED HEALTHCARE SERVICES,
INC.; UNITEDHEALTHCARE, INC.;
UNITEDHEALTHCARE INSURANCE
CO.; UMR, INC.; UNITED
HEALTHCARE OF ARKANSAS;
JOHN DOE CORPORATIONS 1
THROUGH 10; AND JOHN DOE
ENTITIES 1 through 10                                                   DEFENDANTS

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

Defendants UnitedHealth Group Inc., United Healthcare Services, Inc., UnitedHealthCare, Inc., UnitedHealthCare Insurance Co., UMR, Inc., and United Healthcare of Arkansas (collectively, "Defendants") move the Court for an Order dismissing Plaintiff Deborah Manley's claims against them under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff's claims are unwarranted because this Court lacks subject matter jurisdiction over this action. Dismissal is also warranted because Plaintiff did not exhaust the plan's internal administrative review process before filing suit. Therefore, Plaintiff's case should be dismissed in its entirety pursuant to Rules 12(b)(1) and 12(b)(6). In support of their motion, Defendants rely upon their contemporaneously filed supporting brief, which is incorporated herein by reference.

<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>

-2-

       Eva C. Madison (98183)
       emadison@littler.com
       LITTLER MENDELSON, P.C.
       217 E. Dickson Street, Suite 204
       Fayetteville, AR 72701
       479.582.6100

       Noah G. Lipschultz (admitted *pro hac vice*)
       nlipschultz@littler.com
       LITTLER MENDELSON, P.C.
       1300 IDS Center
       80 S. 8th Street
       Minneapolis, MN 55402
       612.630.1000

       Wesley E. Stockard (admitted *pro hac vice*)
       wstockard@littler.com
       LITTLER MENDELSON, P.C.
       3344 Peachtree Road NE
       Suite 1500
       Atlanta, GA  30326
       404.443.3502

       Attorneys for Defendants