UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH MANLEY, on Behalf of
Herself and All Others Similarly Situated,                                              PLAINTIFF

v.                                        CASE NO. 5:19-CV-05078 -PKH

UNITEDHEALTH GROUP INC.; UNITED HEALTHCARE
SERVICES, INC.; UNITEDHEALTHCARE, INC.;
UNITEDHEALTHCARE INSURANCE CO.; UMR, INC.;
UNITED HEALTHCARE OF ARKANSAS; JOHN
DOE CORORATIONS 1 through 10; and JOHN DOE
ENTITIES 1 through 10                                                                    DEFENDANTS

## PLAINTIFF'S MOTION TO REMAND

COMES NOW Plaintiff, Deborah Manley, and moves this Court, pursuant to 28 U.S.C. § 1447, to enter an order remanding this case to the Circuit Court of Washington County, Arkansas and in support thereof states as follows:

1.      Defendants UnitedHealth Group, Inc.; United Healthcare Services, Inc.; UnitedHealthcare, Inc.; UnitedHealthcare Insurance Co.; UMR, Inc.; UnitedHealthcare of Arkansas, Inc.; John Doe Corporations 1 through 10; and John Doe Entities 1 through 10 (collectively referred to as "Defendants") filed a Notice of Removal on April 17, 2019 (ECF No. 1).  As the basis for removal, Defendants contend that Plaintiff's "state law claims are completely preempted by ERISA, and can be re-characterized as arising under 29 U.S.C. § 1132(a)(1)(B), which provides that, 'A civil action may be brought by a participant or beneficiary – to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." ECF No. 1 (Defendants' Notice of Removal) at 5.

2. Removal of this action was improper because (1) Plaintiff does not assert an ERISA claim on the face of her complaint, nor does she have standing to sue under ERISA as she does not have an ERISA plan, is not an ERISA plan participant, and is not a beneficiary of an ERISA plan; (2) federal jurisdiction cannot be premised on the potential claims of non-party, putative class members; (3) Defendants have failed to establish by a preponderance of the evidence that the potential claims of unidentified, putative class members arise under § 502 of ERISA; and (4) even this action as it may relate to potential, non-party, putative class members with ERISA plans, this Action falls outside the scope of ERISA because it involves a legal duty independent of ERISA or any ERISA plan terms.

3. Consequently, removal was improper because Defendants have not satisfied their burden, and remand to the Circuit Court of Washington County, Arkansas is proper.

4. A memorandum of law in support of Plaintiff's Motion to Remand is being contemporaneously filed herewith.

WHEREFORE, because the necessary requirements for removal have not been satisfied, this Court has no jurisdiction to hear this case and removal was inappropriate. Accordingly, Plaintiff prays for an order remanding this case to the Circuit Court of Washington County, Arkansas; for costs, expenses and attorneys' fees; and for all other proper and just relief.

Dated:  May 16, 2019                    Respectfully submitted,

                                          Hank Bates (ABN 98063)
                                          Tiffany Wyatt Oldham (ABN 2001287)
                                          CARNEY BATES & PULLIAM, PLLC
                                          519 W. 7th St.
                                          Little Rock, AR  72201
                                          Tel:  (501) 312-8500
                                          Fax:  (501) 312-8505

                                          and

        Bill Horton (ABN 02200)
        CADDELL REYNOLDS, PA
        P.O. Box 184
        Fort Smith, Arkansas 72902
        Tel: (479) 464-8269
        Fax: (479) 464-8287


BY: */s/ Hank Bates*
     HANK BATES

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2019, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the Court's electronic filing system, which will send electronic notification to the parties and registered attorneys of record.

                                    */s/ Hank Bates*
                                    Hank Bates